UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION
CASE NO. 08-20989-CIV-COOKE/DUBE

JACK SCOTT,

    *Plaintiff*,

v.

MICHAEL J. ASTRUE,

    *Defendant*.

_____/

### ORDER ADOPTING MAGISTRATE'S REPORT AND RECOMMENDATIONS

This matter was referred to the Honorable Robert L. Dube, United States Magistrate Judge, for a Report and Recommendations on Plaintiff's Petition for Attorney Fees [D.E. 19]. Judge Dube issued a Report and Recommendations on March 24, 2009. In this Report, Judge Dube recommended that I award Plaintiff the sum of three thousand, two hundred, sixty dollars ($3,260.00) as attorney fees and expenses as well as costs of three hundred, fifty dollars ($350.00) [D.E. 22]. The parties did not object to Judge Dube's Recommendations. Accordingly, I **ORDER AND ADJUDGE** as follows:

    1.    The Honorable Robert L. Dube's Report and Recommendation [D.E. 22] is **AFFIRMED AND ADOPTED**.

    2.    Plaintiff's Petition for Attorney Fees [D.E. 19] is **GRANTED**.

    3.    Plaintiff is awarded the sum of **$3,260.00** as fees and expenses and **$350.00** as costs.

**DONE AND ORDERED** in Chambers at Miami, Florida, this 4th day of June 2009.

_____
MARCIA G. COOKE
United States District Judge

Copies furnished to:
*The Honorable Robert L. Dube*
*All Counsel of Record*